# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147490

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JAMIL IRAN SANCHEZ,
　　　　Defendant-Appellant.

SC: 147490
COA: 316115
Kent CC: 2012-010944-FH

_____/

　　　　On order of the Court, the application for leave to appeal the June 4, 2013 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Cunningham* (Docket No. 147437) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.





　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014

p0127

Clerk